# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7127
Fax: 212.989.9163
ykopel@bursor.com

April 9, 2019

*Via ECF*

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*4/10/2019*

*The briefing schedule is adopted*
*So ordered*
*Paul Crotty*
*USDJ*

Re:   *Bourbia v. S.C. Johnson & Son, Inc.*, Case No. 18-cv-03944-PAC (S.D.N.Y. 2018)

Dear Judge Crotty:

I represent Plaintiff Daniel Bourbia in the above-captioned matter. I write pursuant to Rule 1(A) of Your Honor's Individual Practices. On April 4, 2019, Defendant filed a Motion for Reconsideration (ECF No. 24). Due to existing scheduling conflicts and the upcoming religious holidays, the parties have agreed upon the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opposition to Motion for Reconsideration | May 9, 2019 |
| Defendant's Reply in Support of Motion for Reconsideration | May 23, 2019 |

Accordingly, the parties respectfully request that the Court enter the briefing schedule as set forth above.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/19

Very truly yours,

*Y. Kopel*

Yitzchak Kopel

CC:   All counsel of record (via ECF)