3/23/2020
The stipulation is adopted.  The Clerk of the Court is directed to terminate all open motions and close the case. SO ORDERED.

*/s/ Paul A. Crotty*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BOURBIA, individually and on behalf of all others similarly situated,

            Plaintiff,

v.

S.C. JOHNSON & SON, INC.,

            Defendant.

CASE NO.  1:18-cv-03944-PAC

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record, that:

    The action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated:  March 20, 2020

                **BURSOR & FISHER, P.A.**

                By:   */s/ Yitzchak Kopel*
                         Yitzchak Kopel

                *Attorney for Plaintiff*

Dated:  March 20, 2020

                **SIDLEY AUSTIN LLP**

                By:   */s/ James Arden*
                         James Arden

                *Attorney for Defendant*